## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HARRY EDWIN STANLEY HAMILTON, | : | No. 74 MM 2016 |
| Petitioner | : | |
| v. | : | |
| SHERRILYN D. WASHINGTON, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| SHERRILYN DENISE WASHINGTON, | : | No. 75 MM 2016 |
| Respondent | : | |
| v. | : | |
| HARRY EDWIN HAMILTON, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2016, the Application to Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.